1  DANIEL G. BOGDEN
   United States Attorney
2
   HOLLY A. VANCE
3  Assistant United States Attorney
   100 West Liberty, Suite 600
4  Reno, Nevada 89501
   Tel: (775) 784-5438
5  Fax: (775) 784-5181

6

7              UNITED STATES DISTRICT COURT
                    DISTRICT OF NEVADA
8

9

10 JESSICA RAMONA WHITFIELD,        )   Case 3:10-CV-00176-LRH-VPC
                                    )
11         Plaintiff,               )
                                    )
12     v.                           )
                                    )
13 MICHAEL J. ASTRUE,               )   MOTION FOR A 14-DAY EXTENSION OF
   Commissioner of Social Security, )   TIME TO ANSWER PLAINTIFF'S COMPLAINT
14                                  )
           Defendant.               )
15

16

17     COMES NOW DEFENDANT MICHAEL J. ASTRUE, Commissioner of Social Security,

18 through his undersigned attorney, United States Attorney DANIEL G. BOGDEN and HOLLY A.

19 VANCE, Assistant U.S. Attorney, and requests a 14-day extension of time from July 6, 2010 until

20 July 20, 2010, within which to respond to Plaintiff's Complaint.

21     Agency Counsel at Social Security Administration has requested this extension due to a

22 backlog of cases and lack of sufficient time to review the administrative record and develop an

23 answer.

24     Because Plaintiff is not represented by legal counsel, a legal assistant from the United States

25 Attorney's Office attempted to contact Plaintiff by phone on this date to obtain agreement to the 14-

26 day extension request. No answer was obtained at Plaintiff's stated phone number so this motion is

27 being presented without Plaintiff's agreement or objection.

28

1
2      It is requested that the Court grant Defendant's request for a 14-day extension of time to July
3  20, 2010 to file his response to Plaintiff's complaint.
4      Dated this __6th__ day of July, 2010.
5                                      DANIEL G. BOGDEN
                                      United States Attorney
6
7
                                      /s/ Holly A. Vance
8                                        HOLLY A. VANCE
                                      Assistant United States Attorney
9
10
11
12
13
14                                       IT IS SO ORDERED
15
                                      U.S. MAGISTRATE JUDGE
16                                     DATED: July 13, 2010
17
18
19
20
21
22
23
24
25
26
27
28

Case 3:10-cv-00176-LRH-VPC   Document 8   Filed 07/06/10   Page 3 of 3

# CERTIFICATE OF SERVICE

| | |
|---|---|
| JESSICA RAMONA WHITFIELD, | Case 3:10-CV-00176-LRH-VPC |
| Plaintiff, | |
| v. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the District of Nevada and is a person of such age and discretion as to be competent to serve papers.

That on July 6, 2010, a copy of the attached **MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT** was served electronically or by regular mail, as appropriate, to the person(s) hereinafter named.

Addressee(s):

JESSICA RAMONA WHITFIELD
4005 Moorpark Court, Apt. #P-297
Sparks, Nevada 89433

/s/ Holly A. Vance
HOLLY A. VANCE

3