AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

\*\*\*\*\*       DISTRICT OF   NEVADA

JESSICA R. WHITFIELD,

      Plaintiff,       JUDGMENT IN A CIVIL CASE
V.

    CASE NUMBER: **3:10-CV-00176-LRH-VPC**

MICHAEL J. ASTRUE, Commissioner
of Social Security,

      Defendants.

    ___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

  _X_ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    ___ **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that plaintiff's motion for reversal [16] and motion for remand [17] are DENIED. FURTHER ORDERED that defendant's cross-motion for summary judgment [19] is GRANTED.


 November 2, 2010                             **LANCE S. WILSON**
    Date                                                       Clerk

                                                      /s/   M. Campbell
                                                         Deputy Clerk